United States District Court                            CC2

Emmanuel Lopez, Paul Alexander, Gamaliel Campean
v
City of Edinburg Mayor, Pharr PD
City of Edinburg, San Juan PD
Hidalgo County, Alamo PD
J.E. "Eddie" Guerra sheriff of Hidalgo, Donna PD
Yvonne Vasquez Captain of HCDC, Weslaco PD
All SGT, and upper Ranking staff of HCDC, Mercedes PD
Edinburg PD, McAllen PD, Mission PD

Civil Action NO:

This is a civil action authorized by 42 USC Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 USC Section 1331 and 1343, Emmanuel, Paul, Gamaliel seek declaratory relief pursuant to 28 USC Section 2201 and 2202. Plaintiffs claims for injuctive relief are authorized by 28 USC Section 2283 & 2284 and Rule 65 of Federal Rules of Civil Procedure.

The Southern District of Texas is an appropriate venue under 28 USC Section 1391 because it is where the events given rise to this claim occured.

CC2

Emmanuel Lopez, Paul Alexander Serrano, Gamaliel Compean, is and was at all times mentioned herein a prisoner of the state of Texas in the custody of the Texas department of corrections. He is currently in Hidalgo County Detention in Edinburg, TX.

Defendants- City of Edinburg, Edinburg PD, Mercedes PD
Defendants- City of Edinburg Mayor, Pharr PD, Mission PD
Defendants- Hidalgo County, San Juan PD, McAllen PD
Defendants- J.E. "Eddie" Guerra Sheriff of Hidalgo County, Alamo PD
Defendants- Yvone Vasquez Captain of HCDC, Donna PD

During the encarceration of Emmanuel, Paul, Gamaliel at HCDC there where elections for Governor of Texas. During their incarcerations Plaintiffs have endured many civil rights violations such as hunger, medical negligance, medical malpractice by MA, Religious request denied, request denied to see actual MD to get meds prescribed for pain, days of wait to see a psychiatrist for mental health issues, MA releasing x-ray or bloodwork results a physician job. MA authorizing Diet changes as well as Sgts, when they are not dietitians or nutritionists. They have endured alot of inhumane treatments, injustices, but to be deprived to do the most important thing to do as a United States Citizen is to vote

CC2

It is a natural born right that all americans have, that all teenagers look forward too and get butterflies in their stomach for. What every US Citizen looks forward to picking their elected representatives for them to win office. The Right that every american Citizen gets to enjoy and Be Proud of. Every Citizen except those at Hidalgo County Detention Center.

The plaintiffs are very appaled by the lack of action by HCDC and to get the inmates which are U.S. Citizen and its their birth given Right to vote not only in City elections but as well as Presidential elections. Elections that every Citizen looks forward to electing their representatives in offices. No where in the law does it state that prisoners vote do not count or that prisoners are not allowed to vote due to encarcitation.

According to §§ 1308 Civil and criminal sanctions whomever, shall deprive or attempt to deprive any person of any right secured by Sections of this title or shall violate section 6307 (A) shall be fined $5,000 or imprisoned not more than 5-years or both §§ 10311 Nothing shall construed or, impair or otherwise adversly affect the Right to vote of any person to vote under law of any state. HCDC didnt even attempt to make elections in house, Sad a Detention Center full of government officers whom dont honor their Country.

CC1

The right to vote as I stated before is a birth given right of a Citizen of The United States. Taking said right violates the basic human Rights, The Bill of Rights & Amendments to the Constitution, for "We The People" not against the people. Is the city of Edinburg above the law? Is the County of Hidalgo? Why has Hidalgo County Detention Center & all law enforcement agencies in its jurisdiction not allowing prisoners under their supervision to vote? Are our votes not valid? Are we not citizens of this great country?

The plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injuctive relief which plaintiff seeks.

Plaintiff now respectfully prays that this court and honorable Judge grant plaintiff judgment in his favor of 80,000,000 dollars. for what plaintiff suffered in the hands of these government officers and HCDC can never be excused. Also by granting judgment you will be helping all defendants not to repeat any of the above to any more prisoners.

Respectfully & Sincerely,
Emmanuel Lopez  *Emmanuel [signature]*
Paul Alexander Serrano  *Paul [signature]*
Gamaliel Compean  *[signature]*

CC2

Compensatory damages in the amount of $6.5 million each Defendant; jointly and severally.

Punitive damages of $500,000 against each defendant.

A jury trial on all issues triable by jury.

Plaintiffs cost in this suit: $402 each

Any additional relief this court deems just, proper, equitable.

Dated: October 11, 2022

Respectfully yours,
Emmanuel Lopez
Paul Alexander Serrano
Gamaliel Compean

## Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief and as to these, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Edinburg, Texas on October 11, 2022
Emmanuel Lopez
Paul Alexander Serrano
Gamaliel Compean