United States District Court
Southern District of Texas
**ENTERED**
January 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

EMMANUEL LOPEZ, *et al.*                    §
                                            §
                                            §
                                            §
VS.                                         §     CIVIL ACTION NO. 7:22-CV-365
                                            §
CITY OF EDINBURG, *et al.*                  §
                                            §
                                            §

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiffs' civil rights complaint pursuant to 42 U.S.C. § 1983. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry No. 24 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the magistrate judge, is of the opinion that this action is **DISMISSED** for failure to prosecute.

The Clerk shall send a copy of this Order to the parties.

SO ORDERED January 23, 2025, at McAllen, Texas.

Randy Crane
Chief United States District Judge